# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bost et al. v. Illinois State Board of Elections et al.

Case Number: 22-cv-2754

An appearance is hereby filed by the undersigned as attorney for:
Defendants Illinois State Board of Elections and Bernadette Matthews

Attorney name (type or print): Mary Alice Johnston

Firm: Office of the Illinois Attorney General

Street address: 100 West Randolph Street, 13th Floor

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6320865
(See item 3 in instructions)

Telephone Number: (312) 814-4417

Email Address: mary.johnston@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 3, 2022

Attorney signature: S/ Mary Alice Johnston
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015