# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: BOST ET AL V ILLINOIS STATE BOARD OF ELECTIONS ET AL

Case Number: 22 cv 2754

An appearance is hereby filed by the undersigned as attorney for:

Michael J. Bost, Susan Sweeney, Laura Pollastrini

Attorney name (type or print): A. Christine Svenson

Firm: Svenson Law Offices

Street address: 345 N. Eric Drive

City/State/Zip: Palatine IL 60067

Bar ID Number: 6230370
(See item 3 in instructions)

Telephone Number: 3124672900

Email Address: christine@svensonlawoffices.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2022

Attorney signature: S/ A. Christine Svenson

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015