**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL J. BOST; LAURA POLLASTRINI; and SUSAN SWEENEY,<br><br>Plaintiffs,<br><br>v.<br><br>THE ILLINOIS STATE BOARD OF ELECTIONS; and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections,<br><br>Defendants. | No. 1:22-cv-02754<br><br>Hon. John F. Kness |

**DEMOCRATIC PARTY OF ILLINOIS'S L.R. 3.2 STATEMENT**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, the undersigned counsel for the Democratic Party of Illinois states that the Democratic Party of Illinois does not issue stock and no entity or individual owns more than 5% of the Democratic Party of Illinois.

June 17, 2022

Respectfully Submitted,

**JENNER & BLOCK LLP**

By: s/ Coral A. Negron

Coral A. Negron
Jenner & Block LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Telephone: (202) 639-6875
cnegron@jenner.com

1

Elisabeth C. Frost*
Maya Sequeira*
Richard A. Medina*
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
msequeira@elias.law
rmedina@elias.law

Abha Khanna*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
Facsimile: (206) 656-0180
akhanna@elias.law

*Attorneys for Proposed Intervenor-Defendant*
*Democratic Party of Illinois*

*\*Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I, Coral A. Negron, certify that on June 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

    /s/ Coral A. Negron
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Telephone: (202) 639-6875