IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. BOST, et al, <br><br> Plaintiffs, <br><br> v. <br><br> THE ILLINOIS STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Civil Action No. 22-cv-2754 <br><br> Judge John F. Kness |

### DECLARATION OF T. RUSSELL NOBILE

I, T. Russell Nobile, declare as follows:

1. I am an attorney representing the Plaintiffs in the above-captioned case. I submit this declaration and attached exhibits as part of Plaintiffs' Statement of Material Facts filed support of Plaintiffs' Motion for Partial Summary Judgment filed today.

2. Attached as Exhibit 2 to Plaintiffs' Statement of Material Facts is a true and accurate copy of "*Media Advisory: Heavy Mail Voting Could Affect Unofficial Elections Results*," Illinois State Board of Elections, Nov. 2, 2020. This document is publicly available at https://bit.ly/3y9qCWU.

3. Attached as Exhibit 3 to Plaintiffs' Statement of Material Facts is a true and accurate copy of "Record Number of Votes Cast, Turnout tops 2016 as Board of Elections Certifies 2020 General Election Results," Illinois State Board of Elections, Dec. 4, 2020. This document is publicly available at https://bit.ly/3y9tumE.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  July 15, 2022 /s Russ Nobile
T. Russell Nobile