

# STATE BOARD OF ELECTIONS

**CHARLES W. SCHOLZ**
*Chair*

**IAN K. LINNABARY**
*Vice Chair*

**STEVEN S. SANDVOSS**
*Executive Director*

## ELECTION NEWS     ELECTION NEWS     ELECTION NEWS

100 W. Randolph Street
Suite 14-100
Chicago, Illinois 60601
312-814-6440

2329 S. MacArthur Blvd.
Springfield, Illinois 62704
217-782-4141
www.elections.il.gov

For more information:
Matt Dietrich, (217) 558-1955
mdietrich@elections.il.gov

## MEDIA ADVISORY: HEAVY MAIL VOTING COULD AFFECT UNOFFICIAL ELECTION RESULTS

(**SPRINGFIELD**, Nov. 2, 2020) – With record-setting vote-by-mail volume in the 2020 general election, the Illinois State Board of Elections advises media and voters to be aware that unofficial vote totals reported on election night may change significantly in the two weeks to follow.

As of Nov. 2, Illinois' 108 local election authorities reported up to 587,000 mail ballots that had not yet been returned by voters. While some of these ballots will arrive in time to be processed and included in election night reporting, many are likely to arrive after Election Day and be added to unofficial totals. Illinois allows ballots that are postmarked no later than Election Day to arrive and be counted for two weeks afterward, so totals could change through Nov. 17.

The Illinois State Board of Elections will regularly update the statewide totals for mail ballots on its website, but does not report any election results until it certifies the vote on Dec. 4. Unofficial results before certification may be obtained from local election authorities.

The following background information may be useful to news media covering election results in the two weeks to come:

- As of Nov.2, Illinois election authorities had sent 2.35 million ballots to voters and 1.76 million of those ballots had been returned by voters. (The complete report, including totals from individual election authorities, is attached following this release.)
- With 1.83 million in-person early votes cast as of Nov. 2, Illinois had cast nearly 3.6 million votes before Election Day.
- In 2016, voters cast 370,740 votes by mail and 1,520,694 in-person early votes, for a total of 1,891,434 votes cast before election day.
- Illinois has more than 8.3 million registered voters for the 2020 general election, which is an all-time record. Unofficial pre-election reports indicate that 43 percent of registered voters have already voted.
- The constitutional amendment on this year's ballot can pass if it receives 60 percent approval from voters who vote on the question or a simple majority of affirmative votes among all ballots cast in the election. Because of this formula, the fate of the amendment may not be known on election night even when accounting for mail ballots not yet returned.

- As mail ballots arrive in the days after Nov. 3, it is likely that close races may see leads change as results are reported. Reporters should check with local election authorities for updated vote counts and make readers, viewers and listeners aware of why these numbers are changing.
- The certification schedule after Election Day is as follows:
  - Nov. 17: Local election authorities must complete counting of mail and provisional ballots
  - Nov. 24: Local election authorities must transmit results to the State Board of Elections
  - Dec. 4: State Board of Elections certifies the vote and publishes official results
- From 1976-2016, turnout in presidential elections in Illinois has averaged 73 percent. If statewide turnout for this election matches 2016's 70.56 percent, 5.87 million votes will be cast.



- Voters needing assistance locating polling places or with other voting-related questions or concerns on Election Day can call the State Board of Elections at (217) 782-4141 or (312) 814-6440. The Board of Elections website, elections.il.gov, will feature a special landing page for voter assistance beginning at midnight on Nov. 3.

-30-

("Grace" refers to votes cast during grace period registration. Voters who register in person during the grace period, which began Oct. 7, are required to vote at the time of registration. Add "Early" and "Grace" columns for total in-person early voting.)

| JID | Name | ElectionDate | By-Mail | By-Mail Returned | Early | Grace |
|---|---|---|---|---|---|---|
|  | STATEWIDE COUNTS | 11/3/2020 0:00 | 2345954 | 1759245 | 1785747 | 46654 |
| 1 | Adams County | 11/3/2020 0:00 | 5956 | 4826 | 11978 | 379 |
| 2 | Alexander County | 11/3/2020 0:00 | 391 | 343 | 334 | 16 |
| 3 | Bond County | 11/3/2020 0:00 | 1583 | 1319 | 1816 | 64 |
| 4 | Boone County | 11/3/2020 0:00 | 6765 | 5632 | 5421 | 133 |
| 5 | Brown County | 11/3/2020 0:00 | 340 | 339 | 719 | 20 |
| 6 | Bureau County | 11/3/2020 0:00 | 4592 | 3662 | 3082 | 67 |
| 7 | Calhoun County | 11/3/2020 0:00 | 748 | 651 | 548 | 19 |
| 8 | Carroll County | 11/3/2020 0:00 | 2445 | 2104 | 1307 | 62 |
| 9 | Cass County | 11/3/2020 0:00 | 1164 | 1012 | 946 | 32 |
| 10 | Champaign County | 11/3/2020 0:00 | 30686 | 23546 | 33482 | 3548 |
| 11 | Christian County | 11/3/2020 0:00 | 2965 | 2448 | 2909 | 116 |
| 12 | Clark County | 11/3/2020 0:00 | 1142 | 1040 | 2478 | 72 |
| 13 | Clay County | 11/3/2020 0:00 | 1083 | 916 | 1491 | 66 |
| 14 | Clinton County | 11/3/2020 0:00 | 3133 | 2327 | 2135 | 114 |
| 15 | Coles County | 11/3/2020 0:00 | 4361 | 3651 | 6720 | 511 |
| 16 | Cook County | 11/3/2020 0:00 | 576048 | 381290 | 383250 | 7251 |
| 17 | Crawford County | 11/3/2020 0:00 | 1846 | 1620 | 2146 | 81 |
| 18 | Cumberland County | 11/3/2020 0:00 | 729 | 619 | 1359 | 43 |
| 19 | DeKalb County | 11/3/2020 0:00 | 13684 | 11283 | 16044 | 329 |
| 20 | DeWitt County | 11/3/2020 0:00 | 1377 | 1159 | 1557 | 69 |
| 21 | Douglas County | 11/3/2020 0:00 | 1639 | 1411 | 1812 | 65 |
| 22 | DuPage County | 11/3/2020 0:00 | 212623 | 156558 | 169821 | 0 |
| 23 | Edgar County | 11/3/2020 0:00 | 1521 | 1250 | 2133 | 81 |
| 24 | Edwards County | 11/3/2020 0:00 | 357 | 339 | 1039 | 37 |
| 25 | Effingham County | 11/3/2020 0:00 | 2619 | 2217 | 5076 | 221 |
| 26 | Fayette County | 11/3/2020 0:00 | 1503 | 1253 | 2200 | 99 |
| 27 | Ford County | 11/3/2020 0:00 | 1436 | 1138 | 900 | 59 |
| 28 | Franklin County | 11/3/2020 0:00 | 2386 | 1742 | 4875 | 97 |
| 29 | Fulton County | 11/3/2020 0:00 | 3467 | 2846 | 1835 | 86 |
| 30 | Gallatin County | 11/3/2020 0:00 | 442 | 391 | 713 | 23 |
| 31 | Greene County | 11/3/2020 0:00 | 1237 | 1055 | 1088 | 63 |
| 32 | Grundy County | 11/3/2020 0:00 | 8022 | 6634 | 6901 | 190 |
| 33 | Hamilton County | 11/3/2020 0:00 | 739 | 649 | 1283 | 44 |
| 34 | Hancock County | 11/3/2020 0:00 | 1514 | 1178 | 1286 | 30 |
| 35 | Hardin County | 11/3/2020 0:00 | 382 | 328 | 532 | 23 |
| 36 | Henderson County | 11/3/2020 0:00 | 795 | 697 | 550 | 16 |
| 37 | Henry County | 11/3/2020 0:00 | 7506 | 6164 | 3294 | 125 |
| 38 | Iroquois County | 11/3/2020 0:00 | 2795 | 2412 | 1916 | 108 |
| 39 | Jackson County | 11/3/2020 0:00 | 5741 | 4791 | 5388 | 3 |
| 40 | Jasper County | 11/3/2020 0:00 | 826 | 676 | 1446 | 26 |
| 41 | Jefferson County | 11/3/2020 0:00 | 3184 | 2627 | 3920 | 104 |

Report compiled 11:41 a.m. Nov. 2, 2020

| 42 | Jersey County | 11/3/2020 0:00 | 2457 | 2058 | 2840 | 103 |
|----|---------------|----------------|------|------|------|-----|
| 43 | JoDaviess County | 11/3/2020 0:00 | 3982 | 3481 | 2291 | 74 |
| 44 | Johnson County | 11/3/2020 0:00 | 1122 | 1039 | 1934 | 67 |
| 45 | Kane County | 11/3/2020 0:00 | 91997 | 77610 | 92160 | 655 |
| 46 | Kankakee County | 11/3/2020 0:00 | 11010 | 8587 | 14184 | 500 |
| 47 | Kendall County | 11/3/2020 0:00 | 21078 | 16772 | 22020 | 300 |
| 48 | Knox County | 11/3/2020 0:00 | 2255 | 2007 | 1227 | 68 |
| 49 | Lake County | 11/3/2020 0:00 | 170064 | 108972 | 120733 | 0 |
| 50 | LaSalle County | 11/3/2020 0:00 | 13212 | 10496 | 8160 | 314 |
| 51 | Lawrence County | 11/3/2020 0:00 | 1317 | 1102 | 1044 | 53 |
| 52 | Lee County | 11/3/2020 0:00 | 3521 | 3155 | 4797 | 155 |
| 53 | Livingston County | 11/3/2020 0:00 | 3738 | 3119 | 2981 | 124 |
| 54 | Logan County | 11/3/2020 0:00 | 3377 | 2874 | 2393 | 100 |
| 55 | Macon County | 11/3/2020 0:00 | 12483 | 9927 | 15233 | 770 |
| 56 | Macoupin County | 11/3/2020 0:00 | 6947 | 5634 | 2719 | 110 |
| 57 | Madison County | 11/3/2020 0:00 | 34185 | 27689 | 42323 | 253 |
| 58 | Marion County | 11/3/2020 0:00 | 2201 | 1710 | 3713 | 157 |
| 59 | Marshall County | 11/3/2020 0:00 | 1432 | 1267 | 948 | 39 |
| 60 | Mason County | 11/3/2020 0:00 | 1190 | 1069 | 1144 | 44 |
| 61 | Massac County | 11/3/2020 0:00 | 887 | 749 | 1828 | 82 |
| 62 | McDonough County | 11/3/2020 0:00 | 3217 | 2738 | 3533 | 203 |
| 63 | McHenry County | 11/3/2020 0:00 | 67848 | 48534 | 63407 | 8 |
| 64 | McLean County | 11/3/2020 0:00 | 13527 | 10637 | 10437 | 860 |
| 65 | Menard County | 11/3/2020 0:00 | 1392 | 1233 | 1629 | 45 |
| 66 | Mercer County | 11/3/2020 0:00 | 2182 | 1818 | 1007 | 38 |
| 67 | Monroe County | 11/3/2020 0:00 | 5052 | 4429 | 4968 | 163 |
| 68 | Montgomery County | 11/3/2020 0:00 | 2956 | 2560 | 3360 | 136 |
| 69 | Morgan County | 11/3/2020 0:00 | 3283 | 3012 | 3421 | 189 |
| 70 | Moultrie County | 11/3/2020 0:00 | 1391 | 1111 | 1415 | 58 |
| 71 | Ogle County | 11/3/2020 0:00 | 7167 | 5926 | 5454 | 181 |
| 72 | Peoria County | 11/3/2020 0:00 | 34741 | 27717 | 24764 | 0 |
| 73 | Perry County | 11/3/2020 0:00 | 1281 | 1059 | 2548 | 95 |
| 74 | Piatt County | 11/3/2020 0:00 | 2551 | 2212 | 2119 | 88 |
| 75 | Pike County | 11/3/2020 0:00 | 1110 | 916 | 1994 | 107 |
| 76 | Pope County | 11/3/2020 0:00 | 360 | 320 | 724 | 11 |
| 77 | Pulaski County | 11/3/2020 0:00 | 352 | 284 | 357 | 15 |
| 78 | Putnam County | 11/3/2020 0:00 | 849 | 738 | 482 | 21 |
| 79 | Randolph County | 11/3/2020 0:00 | 3035 | 2592 | 1683 | 50 |
| 80 | Richland County | 11/3/2020 0:00 | 1464 | 1302 | 1955 | 87 |
| 81 | Rock Island County | 11/3/2020 0:00 | 40175 | 37155 | 3993 | 687 |
| 82 | Saline County | 11/3/2020 0:00 | 1991 | 1712 | 2532 | 92 |
| 83 | Sangamon County | 11/3/2020 0:00 | 35903 | 30697 | 19035 | 795 |
| 84 | Schuyler County | 11/3/2020 0:00 | 871 | 791 | 992 | 26 |
| 85 | Scott County | 11/3/2020 0:00 | 413 | 350 | 373 | 20 |

| 86 | Shelby County | 11/3/2020 0:00 | 2011 | 1652 | 1549 | 84 |
|---|---|---|---|---|---|---|
| 87 | Stark County | 11/3/2020 0:00 | 531 | 454 | 469 | 0 |
| 88 | St. Clair County | 11/3/2020 0:00 | 36839 | 29350 | 30900 | 1093 |
| 89 | Stephenson County | 11/3/2020 0:00 | 6548 | 5758 | 5577 | 208 |
| 90 | Tazewell County | 11/3/2020 0:00 | 16936 | 13498 | 16722 | 240 |
| 91 | Union County | 11/3/2020 0:00 | 1400 | 1223 | 2280 | 74 |
| 92 | Vermilion County | 11/3/2020 0:00 | 3488 | 2985 | 3792 | 148 |
| 93 | Wabash County | 11/3/2020 0:00 | 894 | 746 | 1399 | 49 |
| 94 | Warren County | 11/3/2020 0:00 | 1873 | 1654 | 1759 | 69 |
| 95 | Washington County | 11/3/2020 0:00 | 1482 | 1337 | 1105 | 45 |
| 96 | Wayne County | 11/3/2020 0:00 | 832 | 725 | 1888 | 70 |
| 97 | White County | 11/3/2020 0:00 | 1259 | 1125 | 1983 | 94 |
| 98 | Whiteside County | 11/3/2020 0:00 | 8985 | 7570 | 3455 | 142 |
| 99 | Will County | 11/3/2020 0:00 | 123837 | 97175 | 104335 | 2454 |
| 100 | Williamson County | 11/3/2020 0:00 | 6464 | 5501 | 9247 | 430 |
| 101 | Winnebago County | 11/3/2020 0:00 | 23055 | 17768 | 15079 | 457 |
| 102 | Woodford County | 11/3/2020 0:00 | 4440 | 3822 | 3865 | 0 |
| 104 | City of Bloomington | 11/3/2020 0:00 | 23852 | 13022 | 15335 | 0 |
| 105 | City of Chicago | 11/3/2020 0:00 | 505572 | 402762 | 337138 | 17628 |
| 106 | City of Danville | 11/3/2020 0:00 | 2267 | 1982 | 3502 | 0 |
| 107 | City of East St Louis | 11/3/2020 0:00 | 3658 | 3035 | 1179 | 98 |
| 108 | City of Galesburg | 11/3/2020 0:00 | 4720 | 3978 | 3485 | 116 |
| 110 | City of Rockford | 11/3/2020 0:00 | 21673 | 16820 | 15120 | 720 |