## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Michael J. Bost, et al.

                    Plaintiff,

v.
                                     Case No.: 1:22−cv−02754

Illinois State Board of Elections, et al.
                                     Honorable John F. Kness

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 7/7/2026. As discussed on the record, Plaintiffs' request for time to consider next steps following recent relevant precedential decisions is granted. A continued in−person status hearing is set for 8/6/2026 at 9:45 A.M. The parties are given leave to file a joint status report on or before 5:00 P.M. on 8/5/2026. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.