IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| MICHAEL J. BOST, et al., | |
| Plaintiffs, | Civil Action No. 1:22-cv-2754 |
| v. | |
| | Judge John F. Kness |
| THE ILLINOIS STATE BOARD OF ELECTIONS, et al., | |
| Defendants. | |

## **PLAINTIFFS' VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Michael J. Bost, Laura Pollastrini, and

Susan Sweeney ("Plaintiffs"), through counsel, hereby gives notice that this action is voluntarily

dismissed.

July 17, 2026

_____*s/ Russ Nobile*_____
T. Russell Nobile
JUDICIAL WATCH, INC.
Post Office Box 6592
Gulfport, Mississippi 39506
Phone: (202) 527-9866
Rnobile@judicialwatch.org

2